IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02055-CMA-KLM

RYAN LUETHMERS,

    Plaintiff,

v.

VIRTUOSO SOURCING GROUP, L.L.C., a Colorado limited liability company,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the Stipulated Motion To Dismiss With Prejudice (Doc. # 10) signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are hereby DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney fees.

DATED at Denver, Colorado, this __4th__ day of January, 2012.

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Court Judge